**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KENDALL GARLAND,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 20-cv-1823** |
| | : | |
| **DAGE GARDNER,** *et al.*, | : | |
| **Defendants.** | : | |

## O R D E R

AND NOW, this 10th day of June, 2020, upon consideration of Plaintiff Kendall

Garland's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No.

2) it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

Court's Memorandum.

4.      The Clerk of Court shall **CLOSE** this case.


                              **BY THE COURT:**


                              */s/ Joseph F. Leeson, Jr.*
                              **JOSEPH F. LEESON, JR.**
                              **United States District Judge**